| | |
|---|---|
| District Court City & County of DENVER, Colorado<br>1437 Bannock St. Denver CO 80202 | |
| Plaintiffs:<br>**ANNETTE HENSON** and **RANDALL SUBA**<br><br>v.<br><br>Defendants:<br>**TOYOTA MOTOR SALES, U.S.A., INC. et al.** | **EFILED Document**<br>**CO Denver County District Court 2nd JD**<br>**Filing Date: Oct 11 2012 03:19PM MDT**<br>**Filing ID: 46930793**<br>**Review Clerk: Ashley Landis**<br><br>▲      COURT USE ONLY      ▲<br><br>Case Number: **12CV6005**<br><br>Division:            Courtroom: 269 |
| **ORDER CHANGING CIVIL CASE COVER SHEET DESIGNATION** | |

The Court, having reviewed the JDF 601 Civil Case Cover Sheet and the Complaint filed on 9/27/2012, hereby orders:

This case meets the criteria for inclusion in the Civil Access Pilot Project Applicable to Business Actions in District Court and shall be governed by the rules contained in CJD 11-02, available at *http://www.courts.state.co.us/Courts/Civil_Rules.cfm*. Plaintiff must effectuate service on the Defendants on or before **November 1, 2012**. Plaintiff may file an Amended Complaint within **7 days** of the date of this Order (*see* Pilot Project Rule ("PPR") 2.2). Plaintiff's initial disclosures under PPR 3.1 must be filed within **21 days** of service of the Amended Complaint. If Plaintiff does not amend the Complaint, initial disclosures must be filed within **21 days** of service of the Original Complaint or within **21 days** of the date of this Order, whichever occurs later.

Please see the Delay Reduction Order issued September 28, 2012, for other deadlines regarding CAPP cases.

No extensions of time shall be allowed absent EXTRAORDINARY circumstance.

SO ORDERED THIS 11th day of October, 2012

BY THE COURT:

*Ann B. Frick*
ANN B. FRICK
District Court Judge

---

### CERTIFICATE OF SERVICE

I certify that on 10/11/2012, I mailed or dispatched electronically this *ORDER CHANGING CIVIL CASE COVER SHEET DESIGNATION* to:

☒ Plaintiff or Attorney for Plaintiff

Plaintiff shall serve this Order on Defendant(s).

/s/Ashley Landis
Clerk