| | |
|---|---|
| DISTRICT COURT, COUNTY OF DENVER<br>1437 Bannock Street, Denver, Colorado 80202<br><br>**PLAINTIFFS: ANNETTE HENSON,** an individual**,** and **RANDALL SUBA,** an individual**.**<br><br>v.<br><br>**DEFENDANTS: TOYOTA MOTOR SALES, U.S.A., INCORPORATED (TMS), TOYOTA MOTOR CORPORATION (TMC), a foreign corporation authorized to do business in the State of Colorado, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA INC. ("TEMA"), and GEPHARDT AUTOMOTIVE, a Colorado company.** | **EFILED Document**<br>**CO Denver County District Court 2nd JD**<br>**Filing Date: Nov 01 2012 01:22PM MDT**<br>**Filing ID: 47502721**<br>**Review Clerk: Ashley Landis**<br><br>COURT USE ONLY<br><br>Case No.: 2012CV6005<br><br>Division: 269 |
| **ORDER RE: MOTION TO EXTEND TIME FOR PERFECTION OF SERVICE** | |

THE COURT having reviewed the Motion to Extend Time for Perfection of Service, and any responses thereto, and finding that good cause exists and therefore,

ORDERS that the Plaintiffs' Motion is hereby GRANTED, and Plaintiffs are granted an extension of time to up through March 1, 2013, serve Defendant Toyota Motor Corporation ("TMC"), a foreign corporation authorized to do business in the State of Colorado, in the above-captioned matter. All other Defendants must be served by November 1, 2012, as previously ordered. Failure to file returns of service verifying all Defendants have been served on or before November 1, 2012, will result in the dismissal of those unserved parties without prejudice and without further notice.

None of the CAPP deadlines in this case will be extended because of the extra time allowed to serve TMC. Plaintiffs are put on notice that the next CAPP deadline is for Plaintiffs' initial disclosures pursuant to PPR 3.1, which are due on or before November 12, 2012.

SO ORDERED THIS 1st day of November, 2012.

BY THE COURT

*Ann B. Frick*
ANN B FRICK
DISTRICT COURT JUDGE