## SERVICE OF PROCESS FORM

TO:   G. Webster Burns, Esq.                    DATE: _12-4-12_
      Toyota Motor Sales, U.S.A., Inc.
      Legal Services - Mail Drop - A108
      19001 S. Western Avenue
      Torrance, CA  90501, USA
      Phone: 310-468-4763

FROM: _Tonya D. Herbert_

COMPANY: _TEMA - Legal - Erlanger_

RE: SERVICE OF PROCESS FOR: _Annette Henson, an individual &_
_(case name)_
_Randall Suba v. TMS, MC, TMA, TEMA & Gephardt_
_Automotive_

Enclosed are the originals (including service envelope) of the following documents
served on /received by: _TEMA - Legal - Erlanger_
_(name of company)_

☐ Summons/Citation                    ☐ Subpoena/Subpoena

☐ Complaint/Petition                  ☐ Amended Complaint/Petition

☑ OTHER: (i.e., Discovery, Notice of Deposition, Affidavit, Medical Records
   Authorization, etc.) _Order re: Motion to File Without Payment_
   _of Filing Fee_

The documents were served on _12-10-12_ _____ by the following method:
_(date)_  _TEMA-rcvd._

☐ Personal Service/Hand Delivery      ☐ Certified Mail

☑ U.S. Mail                           ☐ Express Mail (FedEx, UPS, etc.)

☐ Fax                                 ☐ OTHER

Copies to:   Diane Williamson, Legal) - Ann Arbor ✓
             Plant Support Attorney   CMS ✓

Hyatt, Robert Scott - CO#9776
CO Denver County District Court 2nd JD
1437 Bannock St Ste 256
Denver, CO 80202



*48140205$13343061+11*

CO13/04 0850/290.1   XXX 000751 00000000 001 003 00215 INS: 0 0

TOYOTA MOTOR ENGINEERING AND MFG
NORTH
25 ATLANTIC AVE.
ERLANGER, KY 41018

---

To:        TOYOTA MOTOR ENGINEERING AND MFG NORTH
From:      Hyatt, Robert Scott - CO#9776
Subject:   Service of Documents in HENSON, ANNETTE et al vs. TOYOTA MOTOR SALES USA INC et al

You are being served documents that have been electronically submitted in HENSON, ANNETTE et al vs. TOYOTA
MOTOR SALES USA INC et al through LexisNexis File & Serve. The details for this transaction are listed
below.

Court:                      CO Denver County District Court 2nd JD
Case Name:                  HENSON, ANNETTE et al vs. TOYOTA MOTOR SALES USA INC et al
Case Number:                2012CV6005
Transaction ID:             48140205
Document Title(s):
JUDGE HYATT:  MOTN TO WAIVE FILING FEES ON BEHALF OF ANNETTE HENSON & RANDALL SUBA ARE GRTED NPT 9-27-12.
*SORD (1 page)
Authorized Date/Time:       Dec  4 2012 10:02AM MST
Authorizer:                 Robert Scott Hyatt
Authorizer's Organization:  CO Denver County District Court 2nd JD
Sending Parties:
          N/A
Served Parties:
     TOYOTA MOTOR ENGINEERING AND MFG NORTH

Form G8971 v.0.11



XXX 000751 00000000 001 003 00215 INS: 0 0

.

JUDGE HYATT   MOTN T

Form G8971 v.0 11



XXX 000752 00000000 002 003 00215 INS: 0 0

| | |
|---|---|
| District Court, County of Denver<br>Court Address: 1437 Bannock Street<br>Denver, Colorado 80202<br>Phone: (720) 865-7800 | EFILED Document<br>CO Denver County District Court 2nd JD<br>Filing Date: Dec 04 2012 10:97 AM MST<br>Filing ID: 48169205<br>Review Clerk: Linda L Gibbs |
| **PLAINTIFFS: ANNETTE HENSON**, an individual, and **RANDALL SUBA**, an individual.<br><br>v.<br><br>**DEFENDANTS: TOYOTA MOTOR SALES, U.S.A., INCORPORATED (TMS), TOYOTA MOTOR CORPORATION (TMC), a foreign corporation authorized to do business in the State of Colorado, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA INC. ("TEMA"), and GEPHARDT AUTOMOTIVE, a Colorado company.** | COURT USE ONLY<br><br>Case Number: 12 CV 6005<br><br>Division: 269 |
| **ORDER RE: MOTION TO FILE WITHOUT PAYMENT OIF FILING FEE** | |

THE COURT having reviewed Plaintiffs' Motions to File Without Payment of Filing Fee.

ORDERS that Plaintiffs Annette Henson and Randall Suba's Motions to waive filing fees are GRANTED.

Dated this 4th day of December, 2012 n/p/t 9/27/2012

Denver County District Judge

1



Hyatt, Robert Scott - CO#9776
CO Denver County District Court 2nd JD
1437 Bannock St Ste 256
Denver, CO 80202


*48140205$13343060+11*
0013904 0650288-1    XXX 000745 00000000 001 003 00213 INS: 0 0
TOYOTA MOTOR NORTH AM INC
25 ATLANTIC AVE.
ERLANGER, KY 41018

---

To:        TOYOTA MOTOR NORTH AM INC
From:      Hyatt, Robert Scott - CO#9776
Subject:   Service of Documents in HENSON, ANNETTE et al vs. TOYOTA MOTOR SALES USA INC et al

You are being served documents that have been electronically submitted in HENSON, ANNETTE et al vs. TOYOTA
MOTOR SALES USA INC et al through LexisNexis File & Serve. The details for this transaction are listed
below.

Court:             CO Denver County District Court 2nd JD
Case Name:         HENSON, ANNETTE et al vs. TOYOTA MOTOR SALES USA INC et al
Case Number:       2012CV6005
Transaction ID:    48140205
Document Title(s):
JUDGE HYATT: MOTN TO WAIVE FILING FEES ON BEHALF OF ANNETTE HENSON & RANDALL SUBA ARE GRTED NPT 9-27-12.
*SORD (1 page)
Authorized Date/Time:    Dec  4 2012 10:02AM MST
Authorizer:              Robert Scott Hyatt
Authorizer's Organization:  CO Denver County District Court 2nd JD
Sending Parties:
     N/A
Served Parties:
     TOYOTA MOTOR NORTH AM INC

Form G8971 v.0.11


XXX 000745 00000000 001 003 00213 INS: 0 0

JUDGE HYATT   MOTN T



District Court, County of Denver
Court Address: 1437 Bannock Street
Denver, Colorado 80202
Phone: (720) 865-7800

EFILED Document
CO Denver County District Court 2nd JD
Filing Date: Dec 04 2012 10:03AM MST
Filing ID: 48140205
Review Clerk: Linda J. Cibbs

PLAINTIFFS: ANNETTE HENSON, an individual, and
RANDALL SUBA, an individual.

v.

DEFENDANTS: TOYOTA MOTOR SALES, U.S.A.,
INCORPORATED (TMS), TOYOTA MOTOR
CORPORATION (TMC), a foreign corporation authorized
to do business in the State of Colorado, TOYOTA MOTOR
NORTH AMERICA, INC., TOYOTA MOTOR
ENGINEERING & MANUFACTURING NORTH
AMERICA INC. ("TEMA"), and GEPHARDT
AUTOMOTIVE, a Colorado company.

COURT USE ONLY

Case Number: 12 CV 6005

Division: 269

---

## ORDER RE: MOTION TO FILE WITHOUT PAYMENT OIF FILING FEE

THE COURT having reviewed Plaintiffs' Motions to File Without Payment of Filing Fee.

ORDERS that Plaintiffs Annette Henson and Randall Suba's Motions to waive filing fees are GRANTED.

Dated this 4th day of December, 2012 n/p/t 9/27/2012

Denver County District Judge

1





PRESORTED
FIRST CLASS

PRESORTED
FIRST CLASS