| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>Court Address:<br>1437 Bannock Street, Rm 256, Denver, CO, 80202 | DATE FILED: February 5, 2013 |
| **Plaintiff(s)** ANNETTE HENSON et al.<br>v.<br>**Defendant(s)** TOYOTA MOTOR SALES USA INC et al. | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2012CV6005<br>Division: 269    Courtroom: |
| **Order Denying Motion to Withdraw as Counsel for Plaintiffs** | |

THIS MATTER comes before the Court on Plaintiffs' counsel's Motion to Withdraw. The Motion is DENIED. The Court will hold an in-person status and scheduling conference on Friday, February 8, 2013, at 9:30 AM. Plaintiffs' counsel (Mr. Casey and Mr. Wilhite), Plaintiffs, and one member of Defendants' counsel must personally appear with their calendars and the calendars of any other attorney who will be active in this case.

Issue Date: 2/5/2013

*Ann B. Frick*

ANN B FRICK
District Court Judge