IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00694-RPM

ANNETTE HENSON and
RANDALL SUBA,

    Plaintiffs,

v.

TOYOTA MOTOR SALES, U.S.A, INCORPORATED (TMS),
TOYOTA MOTOR CORPORATION (TMC),
TOYOTA MOTOR NORTH AMERICA, INC., and
TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA INC. ("TEMA"),

    Defendants.
_____

## ORDER SETTING SCHEDULING CONFERENCE
_____

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **April 25, 2013, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on April 18, 2013.**  The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend.

    Dated: March 18th, 2013

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge