IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00694-RPM

ANNETTE HENSON and
RANDALL SUBA,

      Plaintiffs,

v.

TOYOTA MOTOR SALES, U.S.A, INCORPORATED (TMS),
TOYOTA MOTOR CORPORATION (TMC),
TOYOTA MOTOR NORTH AMERICA, INC., and
TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA INC. ("TEMA"),

      Defendants.
_____

ORDER FOR STATUS CONFERENCE
_____

This Court having received the Order Vacating Conditional Transfer Order, issued May 9, 2013, concerning this civil action and the plaintiff now being represented by new counsel and it being necessary to convene a status conference to determine whether present counsel for the plaintiffs are adopting the Complaint and the relationship of the allegations of the Complaint in this case to other litigation, it is now

ORDERED that a Status Conference will be convened July 26, 2013 at 2:00 p.m., in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.  No parties or representatives of parties will be permitted to attend.

Dated: June 24th , 2013

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge