IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00694-RPM

ANNETTE HENSON and
RANDALL SUBA,

      Plaintiffs,

v.

TOYOTA MOTOR SALES, U.S.A, INCORPORATED (TMS),
TOYOTA MOTOR CORPORATION (TMC),
TOYOTA MOTOR NORTH AMERICA, INC., and
TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA INC. ("TEMA"),

      Defendants.

_____

ORDER OF DISMISSAL
_____

      Pursuant to the Stipulation of Dismissal with Prejudice of Plaintiff Henson's Claims [39] filed August 15, 2013, it is

      ORDERED that Plaintiff Annette Henson's claims are dismissed with prejudice, each party to bear their own costs and attorneys' fees.

      DATED: August 16th, 2013

                BY THE COURT:

                s/Richard P. Matsch

                _____

                Richard P. Matsch, Senior District Judge