IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00694-RPM

RANDALL SUBA,

      Plaintiffs,

v.

TOYOTA MOTOR SALES, U.S.A, INCORPORATED (TMS),
TOYOTA MOTOR CORPORATION (TMC),
TOYOTA MOTOR NORTH AMERICA, INC., and
TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA INC. ("TEMA"),

      Defendants.

_____

ORDER OF DISMISSAL
_____

      Following a hearing on August 19, 2013, attended by Plaintiff Randall Suba, the Court entered an written order directing Randall Suba to obtain new counsel or indicate his readiness to proceed to represent himself without counsel by September 18, 2013.  Plaintiff has filed nothing further and it is therefore

      ORDERED that this civil action is dismissed for failure to prosecute.

      DATED:   December 16th, 2013

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge